# Exhibit B

**EXHIBIT B**

| Construction & Reclamation Services, LLC | |
|---|---:|
| Payment Date | Payment Amount |
| 4/5/2019 | $ 114,073 |
| 4/5/2019 | 30,477 |
| 4/19/2019 | 35,581 |
| 4/30/2019 | 97,307 |
| 5/3/2019 | 118,627 |
| 5/3/2019 | 42,870 |
| 5/20/2019 | 104,683 |
| 5/20/2019 | 37,752 |
| 5/30/2019 | 132,570 |
| 5/31/2019 | 23,155 |
| 6/10/2019 | 149,369 |
| 6/18/2019 | 28,916 |
| **Total** | **$ 915,379** |